**Order entered December 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00608-CR

**PHILLIP RAMIREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-42390-W**

## ORDER

The Court **ORDERS** court reporter Susan Tabaee to file, within **FIFTEEN DAYS** of the

date of this order, a supplemental record containing Defendant's Exhibit no. 2, a CD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the

Susan Tabaee, official court reporter, Auxiliary Court No. 7, and to counsel for all parties.


/s/     LANA MYERS
JUSTICE